ORIGINAL

cc: ∅

1983 FORM  Rev. 01/2008

Daniel Emerson Norton  90201-053
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 96820
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2022

at  l  o'clock and 00 min. P M
MICHELLE RYNNE, CLERK
file a copy mailed    LS
3/22/22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Daniel Emerson Norton

(Full Name of Plaintiff)

vs.

Estella Derr

Dr. Kwon

Mr. Robl

(Full Names of Defendants; DO NOT USE *et al.* )

Case No. CV22 .00109 LEK  RT

(To be supplied by the Clerk)

PRISONER CIVIL RIGHTS COMPLAINT

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

Received By Mail
Date MAR 21 2022

    a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff:    Daniel Emerson Norton

    Institution/city where violation occurred:    FDC Honolulu

3. First Defendant *:    Estella Derr

This defendant is a citizen of (state and county) __Hawaii__ __Oahu__ ,
and is employed as:

__FDC Honolulu Warden__ at __FDC Hololulu__ .
    (Position and Title)              (Institution)
This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both).  Explain how

1

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:

The Defendant is the warden of the institution and responsible

for all facets of its operation

4.  Second Defendant: ___Dr. Kwon___

This defendant is a citizen of (state and county) ___Hawaii___
___Oahu___, and is employed as:

___Head Doctor___ at ___FDC Honolulu___
      (Position and Title)                              (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both).  Explain how this defendant was acting under color of law:

The Defendant was/is responsible for the care of the Plaintiff and

personally met with and examined the Plaintiff.

5.  Third Defendant: ___Mr. Robl___

This defendant is a citizen of (state and county) ___Hawaii___
___Oahu___, and is employed as:

___Unit Manager___ at ___FDC Honolulu___
      (Position and Title)                              (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both).  Explain how this defendant was acting under color of law:
The Defendant was/is the Unit Manager for unit 5A and was the acting

CMC (Case Management Coordinator) on July 12, 2021 during the gang riot
(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*        A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☐ No

2. If your answer is yes, how many?: _____1_____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a.   Plaintiff _____Daniel Emerson Norton_____

        Defendants _F.J. Bowers, C. Meyers, P. Corbin, Mr. Jones, Ms. Hoffman

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county): United States District Court for West Virginia (Martinsburg) (3:21-CV-088)

   c.   Claims raised: _____Medical Deliberate Indifference_____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        Pending

   e.   Approximate date of filing lawsuit _____May 15, 2021_____

   f.   Approximate date of disposition _____Pending_____

4. Second previous lawsuit:

   a.   Plaintiff_____

        Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

3

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county): _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.   Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

## COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐Mail   ☐ Access to the court   ☐Medical care
☐ Disciplinary proceedings   ☐Property   ☐ Exercise of religion   ☐Retaliation
☐ Excessive force by an officer   ☒Threat to safety   ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff is a minimum security, camp level, "Out Custody" inmate serving a sentence for Tampering with Documents, Wire Fraud and Money Laundering. The Plaintiff arrived at FDC Honolulu on January 18, 2022. The Plaintiff was originally placed in quarantine in unit 5B and moved to unit 5A on February 14, 2022. Unit 5B houses approximately 110 inmates. The Plaintiff, on arrival in 5A, became aware that on July 12, 2021 a major gang riot occured on the unit which involved 35+ inmates. The unit houses inmates from a number of gangs (Uso a Hawaii based Samoan gang, Murder Inc a Hawaii based gang and Hispanic gangs MS-13, Paisa's, Tango's and Northeno's). The unit houses more than

CONTINUED ON 5A

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Emotional distress and risk to safety

5

5A

COUNT 1 SUPPORTING FACTS CONTINUED

45 non-US citizens and pre-sentenced individuals. The unit also houses at least one inmate known to attack fellow inmates and staff (gaurds). Most of the inmates involved in the July 12, 2021 riot are still on the unit. The Plaintiff and other inmates were alledgedly brought to FDC Honolulu as "Work Cadre" due to their minimum security status and the ability to work outside as "Out Custody" inmates. The Plaintiff is on work restriction, takes medication for a brain cyst and has a shoulder injury (See Exhibit A) that prevents him from working (See Exhibit B). Defendant's Derr and Robl with full knowledge of the gang activity and potential for violence in the wake of the riot has made no attempt to separate the combatants. With the Bureau of Prisons gang riot that took place on, or about, January 31, 2022 in Beaumont, Texas, the BOP locked down the entire nation (all institutions) for at least a week. Staff talked to inmates in 5B after this incident regarding gang affiliation prior to be transferred to 5A. However, this concern does not affect placement of gang members in 5A. The two main combatants in the July 12, 2022 riot are not only still in unit 5A, but occupycells 20 feet apart that are open from 6 AM until 8:45 PM. It is important to note that these two combatants are not part of a "work cadre". The first is a pre-sentenced individual that is a US citizen (known Uso gang member) and the other is a non-US citizen serving a 17 year prison term and a Paisa.

On March 9, 2022, a Murder Inc gang member awaiting sentencing was given an incident report (number __3603608__) for communicating via email that he was a Murder Inc "shot caller". This email was sent in January, however the individual remained in the unit and was not removed from the unit on March 9, 2022 when he was given the incident report. This further illustrates the indifference the Defendant's (Derr and Robl) have to the safety of the inmate population.

NOTE:- EXHIBITS NOT ADDED AT THE TIME OF FILING DUE TO FILING REQUIREMENTS

1983 FORM Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment.

2.    Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)    ☐ Mail    ☐ Access to the court    ☒ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

On May 20, 2020, the Plaintiff was diagnosed with an arachnoid cyst

on his brain (See Exhibit C) at Mon General Hospital in Morgantown

West Virginia while an inmate at FCI Morgantown. The Plaintiff was

not aware of the cyst until December 2, 2020. The delay in treatment

in the filing of the previously stated Civil Action. When the Plaintiff

arrived at FDC Honolulu, he met with Dr. Kwon, on or about, January

19, 2022. Dr. Kwon assured the Plaintiff that he would be sent to

a neurologist as no treatment had been rendered by the Bureau of Prisons

for the cyst. On January 21, 2022, the Plaintiff sent an email to Dr.

Kwon summarizing the visit and asking for a correction if the Plaintiffs

understanding was not correct. This was done by the Plaintiff to avoid

CONTINUED ON PAGE 6A

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Headaches, nausea and dizziness. Also unknown damaged caused by the

continued growth of the brain cyst.

6

6A

COUNT 2 SUPPORTING FACTS CONTINUED

Any miscommunication and further delays in treatment (See Exhibit D). The Plaintiff was deprived of his anti-seizure medication by Dr. Kwon for a total of 11 days (See Exhibit E). None of the message that were sent to Dr. Kwon received responses. The Plaintiff filed a series of Administrative Remedies from late January through March without a response until March 1, 2022 written by Unit Manager Robl (See Exhibit E). The response confirms the cyst, the need for the medication but states that consultation is not possible due to a lack of information. The Plaintiff filed another Administrative Remedy on March 4, 2022 that was acknowledged on March 9, 2022 (See Exhibit F).

The Plaintiff has made multiple attempts to get Administrative Remedy forms from the Unit Team (Mr. Robl and Mr. Lazo) since he arrived (See Exhibit G). These attempts have been ignored. The Plaintiff was able to submit Administrative Remedies when his property arrived which included forms that he brought from his proir institution.

According to the Plaintiff's Consultation Page on the inmate access email, there are no further medical procedures planned or appointments made to deal with the Plaintiff's cyst.

NOTE: EXHIBITS NOT ADDED AT THE TIME
of FILING DUE TO FILING REQUIREMENTS

1983 FORM Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☒ Access to the court    ☐Medical care
☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☒Retaliation
☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff was transferred to FDC Honolulu after being placed in the

SHU (Special Housing Unit) at FCI Morgantown for a period of 47 days.

The Plaintiff was placed their without an incident report and was told

by SHU senior staff that this was due to the law suit filed against the

warden (previously mentioned) and legal work that was done by the Plainti:

that helped other inmates. The two SHU staff members (Ash and Dulla)

commented that the Plaintiff had spent more time in the SHU than any

any other inmate they could remember that had NOT received an incident

report. The 47 days was preceded by 3 stints in the SHU from May 2020

none of which resulted in an incident report or disciplinary action.

When the Plaintiff was transferred to FDC Honolulu, he was sent to

CONTINUED ON PAGE 7A

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Denied access to the Court, denied access to the law library and denied

access to Administrative Remedies.

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

7A

COUNT 3 SUPPORTING FACTS CONTINUED

Oklahoma City Transfer Center, Victorville Transfer Center, back to Oklahoma City Transfer Center, again to Victorville and then to Honolulu. The Plaintiff was told that he would be on "diesel therapy" as a result of his legal action and that is what he experienced.

The Plaintiff has been denied medication, Administrative Remedies, access to the law library and limited access to the copier. The Plaintiff feels that this is the result of his helping inmates at FDC Honolulu as well as what has happened in the past. The Plaintiff has always followed Bureau of Prisons policy regarding helping other inmates. The Plaintiff has never and will never accept compensation for help. Primarily this has consisted of simple requests for pillows, help getting non-US citizens that do not speak English medical attention they need through electronic requests to staff and helping inmates clarify First Step Act eligibility. The Plaintiff has become aware that other inmates have filed grievances with the court. The Plaintiff feels that he has been and will continue to be subject to retaliation if he and others bring actions before the court (District of Hawaii).

1983 FORM  Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) $5,000 damages   2) Order requiring medical evaluation for

arachnoid cyst   3) Segregation of inmates per Bureau of Prisons

policy or transfer the Plaintiff a facility based on his security

level   4) Protective order against retaliation from the FDC

Honolulu staff.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this ___9ᵗʰ___ day of ___March___, ___2022___.
                                    (month)                (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8