ORIGINAL

1983 FORM Rev. 01/2008

Daniel Emerson Norton Reg. No. 90201-053
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 96820
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 03 2022
at 11 o'clock and 40 min. a M
CLERK, U.S. District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Daniel Emerson Norton
(Full Name of Plaintiff)

Case No. 22-00109 LEK-RT
(To be supplied by the Clerk)

vs.

Dr. Kwon

Mr. Robl

PRISONER CIVIL RIGHTS COMPLAINT

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

(Full Names of Defendants; DO NOT USE et al.)

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff: Daniel Emerson Norton

    Institution/city where violation occurred: FDC Honolulu

3. First Defendant *: Dr. Nathan Kwon

This defendant is a citizen of (state and county) Hawaii, Oahu,
and is employed as:

Head Doctor at FDC Honolulu
(Position and Title)            (Institution)

This defendant is sued in his/her  X  individual ___ official capacity (check one or both). Explain how

Received By Mail
Date 6/3/2022 jm

Mailed On
Date 6/3/2022 jm

1

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant was/is responsible for the care of the Plaintiff and

personally met with and examined the Plaintiff

4. Second Defendant: Mr. Kris Robl

This defendant is a citizen of (state and county) Hawaii
Oahu , and is employed as:

Unit Manager at FDC Honolulu
(Position and Title)    (Institution)

This defendant is sued in his/her **X** individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

The Defendant is the Unit Manager and responded to the Plaintiff's

attempts at administrative remedies associated with medical care.

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)    (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*      A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

# B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner: ☐ Yes ☐ No

2. If your answer is yes, how many?: __1__ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff __Daniel Emerson Norton__

   Defendants __F.J. Bowers, C. Meyers, P. Corbin, Mr. Jones, Ms. Hoffman__

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): __United States District Court for West Virginia (Martinsburg) (3:21-CV-088)__

   c. Claims raised: __Medical Deliberate Indifference__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   __Pending__

   e. Approximate date of filing lawsuit __May 15, 2021__

   f. Approximate date of disposition __Pending__

4. Second previous lawsuit:

   a. Plaintiff _____

   Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

5. Third previous lawsuit:

   a. Plaintiff _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county):
      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___ Yes  X  No

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s): 8th Amendment violation against cruel and unusual punishment.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. Supporting Facts: (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

On May 20, 2020, the Plaintiff was diagnosed with an arachnoid cyst on his brain (See Exhibit A) at Mon General Hospital in Morgantown West Virginia while an inmate at FCI Morgantown. The Plaintiff was not aware of the cyst until December 2, 2020. The delay in treatment in the filing of the previously stated Civil Action. When the Plaintiff arrived at FDC Honolulu, he met with Dr. Kwon, on or about, January 19, 2022. Dr. Kwon assured the Plaintiff that he would be sent to a neurologist as no treatment had been rendered by the Bureau of Prisons for the cyst. On January 21, 2022, the Plaintiff sent an email to Dr. Kwon summarizing the visit and asking for a correction if the Plaintiffs understanding was not correct. This was done by the Plaintiff to avoid

CONTINUED ON PAGE 6A

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions. Headaches, nausea and dizziness. Also unknown damaged caused by the continued growth of the brain cyst.

Page 5

SUPPORTING FACTS CONTINUED

any miscommunication and further delays in treatment (see Exhibit B). From the day of his arrival at FDC Honolulu, the Plaintiff was deprived his anti-seizure medication that was prescribed by his neurologist in West Virginia (see Exhibit C). The time frame that he was deprived this medication was from January 18, 2022 through, and including, January 29, 2022. This deprivation caused the Plaintiff to suffer severe headaches and dizziness and put the Plaintiff at risk of a fatal seizure. The Plaintiff emailed Defendant Kwon during this period of time on 7 occasions (see Exhibit D). The Plaintiff also submitted paper "COP OUT"S (administrative remedies) to Defendant Robl regarding this issue. All attempts to receive medication during this period were ignored.

The Plaintiff continued to submit administrative remedies and emails to Defendant Kwon that were ignored (see Exhibit E). On March 1, 2022, the Plaintiff received a response from Defendant Robl that confirmed the cyst, the need for medication and listed a "consultation target date in March"(see Exhibit F). The Plaintiff did not receive a consultation (see a neuorologist) through the months of March 2022 and April 2022 and continued emailing Defendant Kwon (see Exhibit G email packet). On April 26, 2022, Defendant Kwon answered the Plaintiff (see Exhibit H). Defendant Kwon blamed fellow Health Services staff member Lidge and the Defendant (Kwon) stated that he "will elevate your concerns and my concerns to the AW and AHSA/Acting Lidge". However, the Plaintiff still did not receive treatment for his cyst in the months of April and May. The Defendant sent two more emails to Defendant Kwon on May 9, 2022 (see Exhibit I) and May 19, 2022 (see Exhibit J) asking for follow up. Defendant Kwon has ignored both of these emails and as of this amended filing (June 1, 2022) the Plaintiff has not received treatment for his brain cyst and the symptoms caused by the lack of treatment.

This course of treatment, more accurately lack thereof, is a clear example of a conscious disregard of the Plaintiff's health. More than a dozen emails, attempts at administrative remedies, the involvement of the Assistant Warden (alleged by Defendant Kwon referring to "AW") and the acknowledgement of the cyst and required treatment is as clear an example of deliberate indifference as the Plaintiff can come up with.

Defendant Kwon's "concerns" stated in his April 26, 2022 email confirm that he is, and was, aware that the Plaintiff had not received the treatment that he needs. Additionally, when Defendant Kwon met with the Plaintiff upon his arrival at FDC Honolulu, the medication that the Plaintiff needed was discussed and well documented. As a result, Defendant Kwon placed medical restrictions on the Plaintiff's bed assignment and work. This is standard proceedure with an inmate that is taking the medication prescribed (see Exhibit K). When the Plaintiff was denied the required medication, neither Defendant Kwon, nor FDC Honolulu Health Services staff offered an explanation for denying him the medication.

Defendant Robl answered the Plaintiff's medical administrative remedy on March 1, 2022 (see Exhibit F), but ignored all other submitted paper (COP OUT's, BP-8 and BP-9) requests. If Defendant Kwon did not receive the administrative remedies that the Plaintiff submitted in paper form (as alleged by Defendant Kwon in Exhibit H), than Defendant Robl made the conscience decision to dispose of the submitted requests. In either case, Defendant Robl was given the administrative remedies and failed to act, nor did he follow-up on the promised target date for treatment promised on March 1, 2022.

# COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$5,000 in damages and an Order from the Court to provide the Plaintiff with the medical treatment he requires without further delay.

    I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __1st__ day of __June__, __2022__.
                            (month)           (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.